NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-292-JAD-DJA |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| ERICK RANGEL-IBARRA, | |
| Defendant. | |

The single-count Superseding Indictment in this case charges Defendant Erick Rangel-Ibarra with *Possession of a Firearm by a Prohibited Person*, in violation of 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2). Based on a thorough review of the evidence and the outcome of Rangel's state court prosecution for the same conduct, the Government has concluded that the interests of justice require dismissal of the Superseding Indictment at this time. Pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests permission of the Court to dismiss without prejudice the Superseding Indictment.

Respectfully submitted this 10th day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Simon F. Kung*
SIMON F. KUNG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK RANGEL-IBARRA,<br><br>Defendant. | Case No. 2:18-cr-292-JAD-DJA<br><br>**Order of Dismissal of the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Erick Rangel-Ibarra.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Simon F. Kung*
SIMON F. KUNG
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this _____ day of _____, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE